SONIA KRENITSKY v.
BOARD OF REVIEW, DEPT. OF LABOR AND INDUSTRY.

January 18, 1977. Petition for certification denied. (See
—— *N. J. Super.* ——)

WILLIAM E. KENNY v.
BRENDAN T. BYRNE, GOVERNOR OF NEW JERSEY.

January 18, 1977. Petition for certification granted. (See
144 *N. J. Super.* 243)

ELIZABETH RINYU v. GENERAL ELECTRIC CO.

January 18, 1977. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
PHILIP LANGE, DECEASED.

January 20, 1977. Petition for certification granted.

FRANCES J. CARLSEN v. ARNOLD G. CARLSEN.

January 18, 1977. Petition for certification denied.